IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MALIK NASIR, | § | |
| | § | |
| Plaintiff Below, | § | No. 108, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| ADAM GERBER, | § | C.A. No. K24C-02-010 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 11, 2024
Decided: June 17, 2024

## **ORDER**

(1)     The Court issued a briefing schedule in this appeal on April 1, 2024; the appellant's opening brief was due May 1, 2024.  On May 6, 2024, the Chief Deputy Clerk sent a brief delinquency letter to the appellant.  The appellant did not respond to the letter and did not file the opening brief.

(2)     On May 15, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed because the appellant had not filed an opening brief and appendix.  Postal records reflect that delivery was attempted on May 17 and 22, 2024, but no authorized recipient was available.  The postal service left notice at the delivery address and later returned the notice as unclaimed.  On May 31, 2024, the Chief Deputy Clerk reissued the notice to show cause by first-class mail.  The appellant

having failed to respond to the notice to show cause within the required ten-day period, to file the opening brief, or to report any change of address to the Court, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice